

**Dated: May 22, 2012, 01:58 PM**

**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE: §
§
Lewis, Sean Aaron § Case No. 11-14311
§ Chapter 13
§

ORDER ON MOTION TO RETAIN 2011 TAX REFUND

     Came to be heard/considered Debtor's Motion to Retain 2011 Tax Refund in the above styled and numbered case. Counsel represents that the motion was filed on 4/24/2012 and served on all parties in interest pursuant to Local Bankruptcy Rule 9007 and the last date for filing objection was 5/18/2012. No objections have been filed, therefore, the motion for the debtor to retain $1,300 of total return of $1,529, Federal and State, with the remaining $229 being sent to the Trustee, should be granted.

IT IS SO ORDERED

                                       # # #

APPROVED FOR ENTRY:

/s/Monte J. White                                                    /s/Sean Aaron Lewis
Attorney for Debtor
Monte J. White & Associates, P.C.
1106 Brook Ave
Wichita Falls, TX 76301

/s/Linda Ruschenberg
Linda Ruschenberg, OBA #12842
Attorney for Chapter 13 Trustee
PO Box 1948
Oklahoma City, OK 73101
(405) 236-4843